# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4214

_____

|  |  |  |
|---|---|---|
| Waymond Nobles, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Boys and Girls Town of Missouri; Ken | * | Western District of Missouri. |
| Coleman; Vicki Simpson; Richard C. | * | |
| Dunn, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted:  October 26, 1999
Filed:   October 28, 1999

_____

Before WOLLMAN, Chief Judge, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Waymond Nobles appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action.  After de novo review, see Lynn v. Deaconess Med. Ctr.-West Campus, 160 F.3d 484, 486 (8th Cir. 1998), we conclude the district court's judgment was proper for the reasons stated by the district court. Accordingly, we affirm.  See 8th Cir. Rule 47B.

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.